**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00178-CV

### IN RE CENTRAL NORTH CONSTRUCTION, LLC, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03754**

## ORDER

Before the Court is real party's request to file a letter brief addressing the Texas Supreme Court's opinion in *In re Ford Motor Co.*, 57 Tex. Sup. Ct. J. 415, 2014 WL 1258265 (Tex. Mar. 28, 2014) (orig. proceeding) (per curiam). The Court **GRANTS** real party's request to file a letter brief. Real party may file a letter brief of no more than one page addressing the Texas Supreme Court's opinion in *In re Ford Motor Co.* on or before April 7, 2014.

/s/     ADA BROWN
        JUSTICE